[No. 42811-0-I.    Division One.    June 1, 1999.]

THE STATE OF WASHINGTON, *Respondent*, GARY PAUL HARDY, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 97-1-08109-9, Patricia H. Aitken, J., entered May 18, 1998. *Affirmed* by unpublished opinion per Baker, J., concurred in by Webster and Cox, JJ.

[No. 42821-7-I.    Division One.    June 1, 1999.]

*In the Matter of* C.M.Z.M., MICHAEL MAYHER, *Petitioner,* and BARBARA ZATTO, *Respondent.*

Appeal from a judgment of the Superior Court for King County, No. 96-5-02723-6, Jim Bates, J., entered May 13, 1998. *Affirmed* by unpublished opinion per Grosse, J., concurred in by Agid, A.C.J., and Cox, J.

[No. 42887-0-I.    Division One.    June 1, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. T.T., *Appellant.*

Appeal from a judgment of the Superior Court for Whatcom County, No. 97-8-00876-0, Steven J. Mura, J., entered December 17, 1997. *Affirmed* by unpublished per curiam opinion.

[No. 43049-1-I.    Division One.    June 1, 1999.]

ORLANDO RENDONI, *Appellant*, v. PACIFIC FLEET & LEASE SALES, INC., ET AL., *Respondents.*

Appeal from a judgment of the Superior Court for King County, No. 96-2-08324-1, R. Joseph Wesley and Suzanne M. Barnett, JJ., entered October 25, 1996 and September 3, 1997. *Affirmed* by unpublished opinion per Grosse, J., concurred in by Coleman and Ellington, JJ.